**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 24-2223**

-----

JERMAINE M. CAPEL,

      Plaintiff - Appellant,

    v.

NORFOLK REDEVELOPMENT & HOUSING AUTHORITY,

      Defendant - Appellee.

-----

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:23-cv-00333-AWA-LRL)

-----

Submitted:  February 26, 2026           Decided:  March 2, 2026

-----

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

-----

Affirmed by unpublished per curiam opinion.

-----

Jermaine M. Capel, Appellant Pro Se.

-----

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine M. Capel appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) his amended complaint raising claims pursuant to 42 U.S.C. § 1983 and the Fair Housing Act, 42 U.S.C. §§ 3601-3631.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Capel v. Norfolk Redevelopment & Hous. Auth.*, No. 2:23-cv-00333-AWA-LRL (E.D. Va. Dec. 5, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*